**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

KENNETH JACOBS, Co-Executor of the Estate
and Acting on Behalf of the Wrongful Death
Beneficiaries of Wilma Johnson, Deceased AND
MARY ANNE COX, Co-Executor of the Estate
of Wilma Johnson,                                                                                        PLAINTIFFS,

VS.                                                                         CIVIL ACTION NO. 2:10CV154-P-S

CITY OF HORN LAKE, MISSISSIPPI;
DOMINIQUE BROWN, Individually and
in Her Official Capacity;
NATHAN RYAN, Individually and in His
Official Capacity; and
MARION SEAWRIGHT, Individually and
in His Official Capacity,                                                                                 DEFENDANTS.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendants Dominique Brown, Nathan Ryan, and Marion Seawright's motion for summary judgment and for qualified immunity [docket number 71] is **GRANTED**; accordingly,

(2) All of the plaintiffs' claims are **DISMISSED WITH PREJUDICE** with the parties to bear their own costs.

**SO ORDERED** this the 5th day of January, A.D., 2012.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE